UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **TRUECAR, INC.**, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**TRUCAR.COM,**<br>an internet domain name,<br><br>    Defendant. | Case No. 2:11-cv-01403 MJP<br><br>**ORDER RE VOLUNTARY DISMISSAL OF DEFENDANT TRUCAR.COM** |

      Pursuant to the Settlement Agreement entered into by and between Plaintiff TrueCar, Inc. and the registrant of the domain name <trucar.com> on September 15, 2011, and good cause appearing therefore,

      IT IS HEREBY ORDERED that the matter of *Truecar, Inc. v. Trucar.com* filed in the United States District Court for the Western District of the State of Washington, bearing Case No. 2:11-cv-01403-MJP is hereby dismissed without prejudice.

Dated: __September 26___, 2011

                                                                         Marsha J. Pechman
                                                                        United States District Judge